UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY REISNOUR and VICKIE RIESNOUR,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. McLAUGHLIN, P.S., and PEND OREILLE TITLE COMPANY,<br><br>Defendants. | NO: 12-CV-0526-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 15). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **IT IS HEREBY ORDERED**:

2  The parties' Stipulated Motion for Dismissal (ECF No. 15) is **GRANTED**.

3  Pursuant to the parties' stipulation, all claims and causes of action in this matter are

4  **DISMISSED** with prejudice and without costs or fees to any party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** July 29, 2013.



9  THOMAS O. RICE
United States District Judge

10

11

12

13

14

15

16

17

18

19

20